IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE COLLEEN CASSENS,

        Plaintiff,

v.

                                                  Case No. 19-cv-912-jdp

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, Commissioner of Social Security against plaintiff Michelle Colleen Cassens affirming the Commissioner's decision and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 6/18/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |